Name and address:
Aidan C. McGlaze (SBN 277270)
Schonbrun Seplow Harris & Hoffman LLP
11543 W Olympic Blvd, Los Angeles, CA 90064
Telephone: (310) 396-0731

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jordan O'Hara, et al.
Plaintiff(s),

v.

Facebook, Inc., et al.
Defendant(s),

**CASE NUMBER**

8:18-cv-00571

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE**

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $325 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

LaDuca, Charles J
*Applicant's Name (Last Name, First Name & Middle Initial)*       check here if federal government attorney ☐

Cuneo Gilbert & LaDuca, LLP
*Firm/Agency Name*

4725 Wisconsin Avenue NW          (202) 789-3960          (202) 789-1813
Suite 200                          *Telephone Number*      *Fax Number*
*Street Address*

Washington, DC 20016                              charles@cuneolaw.com
*City, State, Zip Code*                            *E-mail Address*

I have been retained to represent the following parties:

Jordan O'Hara, Brent Collins, Olivia Johnston     [X] Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
                                                   ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| U.S.D.C., District of Columbia | 07/08/2002 | Yes |
| U.S.D.C., Central District of Illinois | 06/22/2009 | Yes |
| U.S.D.C., District of Colorado | 12/12/2008 | Yes |

G-64 (6/16)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE    Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 8:16-cv-00940 | In re Toll Roads Litigation | 04/06/2017 | Granted |
| 2:15-cv-07059 | Shane Michael v. Honest Company, Inc. | 03/17/2016 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?  ☒ Yes  ☐ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  ☒ Yes  ☐ No

_____
*Previous E-mail Used (if applicable)*

Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  April 6, 2018

Charles J. LaDuca
*Applicant's Name (please type or print)*

*/s/ CJL*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

McGlaze, Aidan C.
*Designee's Name (Last Name, First Name & Middle Initial)*

Schonbrun Seplow Harris & Hoffman LLP
*Firm/Agency Name*

11543 W Olympic Blvd
*Street Address*

Los Angeles, CA 90064
*City, State, Zip Code*

(310) 396-0731
*Telephone Number*

(310) 399-7040
*Fax Number*

amcglaze@sshhlaw.com
*E-mail Address*

277270
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated April 6, 2018

Aidan McGlaze
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

List of all state and federal courts (including appellate courts) to which the applicant has been admitted (continued):

| Court: | Date of Admission | Active Member in Good Standing? |
|---|---|---|
| U.S.D.C., Western District of Michigan | 09/08/2010 | Yes |
| U.S.D.C., Southern District of New York | 04/24/2013 | Yes |
| U.S.D.C., Northern District of New York | 11/20/2002 | Yes |
| U.S.D.C., Western District of New York | 08/09/2005 | Yes |
| U.S.C.A., Second Circuit | 12/30/2009 | Yes |
| U.S.C.A., Third Circuit | 04/19/2004 | Yes |
| U.S.C.A., Sixth Circuit | 10/16/2012 | Yes |
| U.S.C.A., Seventh Circuit | 09/16/2016 | Yes |
| U.S.C.A., Ninth Circuit | 11/30/2011 | Yes |
| U.S. Supreme Court | 2009 | Yes |
| District of Columbia | 07/08/2002 | Yes |
| State of New York | 06/26/2001 | Yes |

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2018, I authorized the electronic filing of the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List for this action.

_____
AIDAN C. McGLAZE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Charles J. LaDuca

was duly qualified and admitted on **July 8, 2002** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on April 2, 2018.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *Emily E. Tao*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.



## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Charles Joseph LaDuca

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **26th day of June, 2001**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **13th day of March, 2018**.



*Robert D. Mayberger*
Clerk