Name and address:
Aidan C. McGlaze (SBN 277270)
Schonbrun Seplow Harris & Hoffman LLP
11543 W Olympic Blvd, Los Angeles, CA 90064
Telephone: (310) 396-0731
Email: amcglaze@sshhlaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jordan O'Hara, et al.<br><br>v.<br><br>Facebook, Inc., et al.<br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>8:18-cv-00571<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

LaDuca, Charles J.    of    Cuneo Gilbert & LaDuca, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         4725 Wisconsin Avenue NW
(202) 789-3960    (202) 789-1813                Suite 200
*Telephone Number*   *Fax Number*                Washington, DC 20016
charles@cuneolaw.com
*E-Mail Address*                      *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Plaintiffs, Jordan O'Hara, Brent Collins, Olivia Johnston

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**
McGlaze, Aidan C    of    Schonbrun Seplow Harris & Hoffman LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    11543 W Olympic Blvd
277270    (310) 396-0731    (310) 399-7040    Los Angeles, CA 90064
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*
amcglaze@sshhlaw.com
*E-Mail Address*                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

                                        **U.S. District Judge/U.S. Magistrate Judge**

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1