Name and address:
Aidan C. McGlaze (SBN 277270)
Schonbrun Seplow Harris & Hoffman LLP
11543 W Olympic Blvd, Los Angeles, CA 90064
Telephone: (310) 396-0731
Email: amcglaze@sshhlaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jordan O'Hara,

Plaintiff(

v.

Facebook, Inc.,

Defendant(

CASE 8:18-cv-00571-AG(SPx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

LaDuca, Charles J.                                     of   Cuneo Gilbert & LaDuca, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   4725 Wisconsin Avenue NW Suite 200
(202) 789-3960         (202) 789-1813                         Washington, DC 20016
*Telephone Number*     *Fax Number*
charles@cuneolaw.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Plaintiffs, Jordan O'Hara, Brent Collins, Olivia Johnston

*Name(s) of Party(ies) Represented*      ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other:

**and designating as Local Counsel**
McGlaze, Aidan C.                                      of   Schonbrun Seplow Harris & Hoffman LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   11543 W Olympic Blvd
277270       (310) 396-0731      (310) 399-7040             Los Angeles, CA 90064
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Numbe*
amcglaze@sshhlaw.com
*E-Mail Address*                                            *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application:
              ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant

is regularly employed or engaged in business, professional, or other similar activities in California

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐

is not member of Bar of this Court; ☐

does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated**    4/9/18    _____

*signature*

**U.S. District Judge Andrew J Guilford**

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1