**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Jordan O'Hara, et al., | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 8:18-cv-00571-AG-DFMx |
| v. | |
| Facebook, Inc. et al., | **ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE** |
| DEFENDANT(S). | ☒ FOR DISCOVERY<br>☐ PER GENERAL ORDER 05-07 |

The undersigned Magistrate Judge to whom the above-entitled case was referred, being of the opinion that he/she should not hear said case by reason of:

Financial interest in one of the parties (28 USC § 455(6)(4))

HEREBY ORDERS the case reassigned by the Clerk in accordance with General Order 05-07.

*[signature]*

April 9, 2018
Date

Douglas F. McCormick
United States Magistrate Judge

---

**NOTICE TO COUNSEL FROM THE CLERK**

This case has been randomly referred to Magistrate Judge  John D. Early. On all documents subsequently filed in this case, please substitute the initials  (JDEx)  after the case number in place of the initials of the prior judge, so that the case number will read  SACV18-00571 AG(JDEx). This is very important because the documents are routed to the assigned judges by means of these initials

cc:   Previous Magistrate Judge

CV-110 (06/14)          ORDER TO REASSIGN CASE UPON RECUSAL OF MAGISTRATE JUDGE