| Attorney or Party without Attorney: <br> COAST LAW GROUP LLP <br> Helen I. Zeldes, Esq. (220051) <br> 1140 S COAST HWY 101 <br> ENCINITAS, CA 92024 <br>   Telephone No: 760-942-8505 <br>   Attorney For: Plaintiffs and the Proposed Class | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

Plaintiff: Jordan O'Hara, et al.
Defendant: Facebook, Inc., et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 8:18-cv-00571 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action, Class Action Complaint, Civil Cover Sheet, Notice Of Interested Parties

3. a. Party served: Cambridge Analytica, LLC, a Delawara limited liability company
   b. Person served: Amy McLauren, CT Corporation, Registered Agent, Authorized to Accept Served Under F.R.C.P. Rule 4.

4. Address where the party was served: 1209 Orange Street, Wilmington, DE 19801

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Apr 09 2018 (2) at: 11:59 AM

6. Person Who Served Papers:
   a. ROBERT LOUGHEED           d. The Fee for Service was: $266.00
   b. FIRST LEGAL
      1111 6th Avenue, Ste. 204
      SAN DIEGO, CA 92101
   c. (619) 231-9111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

04/10/2018
(Date)            (Signature)



PROOF OF SERVICE

2163646
(768579)