Orin Snyder (*pro hac vice application forthcoming*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Kristin A. Linsley (SBN: 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976) (application pending)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JORDAN O'HARA, et al.<br><br>          Plaintiffs,<br><br>     v.<br><br>FACEBOOK, INC.; CAMBRIDGE ANALYTICA, LLC, ALEKSANDR KOGAN, STEPHEN K. BANNON, and DOES 1-10,<br><br>          Defendants. | CASE NO. 8:18-CV-00571-AG-JDE<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>U.S. District Judge Andrew J. Guilford |

IT IS HEREBY STIPULATED by and between Plaintiffs Jordan O'Hara, Brent Collins, and Olivia Johnston, by and through their attorneys of record, and Defendant Facebook, Inc., by and through its attorneys of record, as follows:

1. The parties stipulate to extend Facebook's deadline to respond to the complaint in this action by 30 days.
2. The parties stipulate to the [Proposed] Order, attached hereto as **Exhibit A**.

**IT IS SO STIPULATED.**

DATED: April 27, 2018        GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Joshua S. Lipshutz*
        Joshua S. Lipshutz

*Attorneys for Defendant Facebook, Inc.*

DATED: April 27, 2018        COAST LAW GROUP LLP

SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP

CUNEO GILBERT & LADUCA LLP

BLOOD HURST & O'REARDON LLP


By:   */s/ Helen Zeldes*
        Helen Zeldes

*Attorneys for Plaintiffs Jordan O'Hara, Brent Collins, and Olivia Johnston*

## SIGNATURE ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  April 27, 2018

By:   */s/ Joshua S. Lipshutz*
       Joshua S. Lipshutz