Orin Snyder (*pro hac vice application forthcoming*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Kristin A. Linsley (SBN: 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JORDAN O'HARA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.; CAMBRIDGE ANALYTICA, LLC, ALEKSANDR KOGAN, STEPHEN K. BANNON, and DOES 1-10,<br><br>Defendants. | CASE NO. 8:18-CV-00571-AG-JDE<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>U.S. District Judge Andrew J. Guilford<br><br>Magistrate Judge John D. Early |

Gibson, Dunn &
Crutcher LLP

Pursuant to the parties' stipulation in this action, the Court hereby grants Facebook a 30-day extension to respond to Plaintiffs' complaint. Facebook's response to Plaintiffs' complaint is due on May 28, 2018.

**IT IS SO ORDERED.**

Dated: April 30, 2018

_____

United States District Judge