Name and address:

Orin Snyder
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jordan O'Hara, et al.<br><br>v.<br><br>Facebook, Inc., et al.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>8:18-cv-00571-AG-JDE<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Snyder, Orin
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-351-2400
*Telephone Number*

212-351-4035
*Fax Number*

osnyder@gibsondunn.com
*E-Mail Address*

of

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Facebook, Inc.

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Lipshutz, Joshua S.
*Designee's Name (Last Name, First Name & Middle Initial)*

242557
*Designee's Cal. Bar No.*

213-229-7000
*Telephone Number*

213-229-7520
*Fax Number*

jlipshutz@gibsondunn.com
*E-Mail Address*

of

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge