1 | Mark C. Scarsi (SBN 183926)
2 | mscarsi@milbank.com
  | MILBANK, TWEED, HADLEY & McCLOY LLP
3 | 2029 Century Park East 33rd Floor
  | Los Angeles, California 90067
4 | Telephone: (424) 386-4000
  | Facsimile: (213) 629-5063

5 | *Attorneys for Defendant Cambridge Analytica, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JORDAN O'HARA, BRENT COLLINS and OLIVIA JOHNSTON, individually and on behalf of all others similarly situated, | Case No. 8:18-cv-00571 |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| FACEBOOK, INC., CAMBRIDGE ANALYTICA, LLC, ALEXSANDR KOGAN, an individual, STEPHEN K. BANNON, an individual, and DOES 1-10, Inclusive | |
| Defendants. | |

NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Mark C. Scarsi, California State Bar Number 183926, mscarsi@milbank.com, of Milbank, Tweed, Hadley & McCloy LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067, telephone (424) 386-4000, hereby enters an appearance as counsel of record for Defendant Cambridge Analytica, LLC.  All pleadings, discovery, correspondence, and other material should be served upon counsel through ECF filing at the email address referenced above.

DATED:  April 30, 2018    Respectfully submitted,

By: /s/ Mark C. Scarsi
Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
MILBANK, TWEED, HADLEY &MCCLOY LLP
2029 Century Park East 33rd Floor
Los Angeles, California 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Attorneys for Defendant Cambridge Analytica, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document has been served via the Court's CM/ECF system on all counsel of record on April 30, 2018.

/s/ *Ashlee N. Lin*
Ashlee N. Lin

#4819-9987-1076