| | |
|---|---|
| 1 | Mark C. Scarsi (SBN 183926) |
| | mscarsi@milbank.com |
| 2 | MILBANK, TWEED, HADLEY & McCLOY LLP |
| | 2029 Century Park East 33rd Floor |
| 3 | Los Angeles, California 90067 |
| | Telephone: (424) 386-4000 |
| 4 | Facsimile: (213) 629-5063 |

*Attorneys for Defendant Cambridge Analytica, LLC*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JORDAN O'HARA, BRENT COLLINS and OLIVIA JOHNSTON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., CAMBRIDGE ANALYTICA, LLC, ALEXSANDR KOGAN, an individual, STEPHEN K. BANNON, an individual, and DOES 1-10, Inclusive <br><br> Defendants. | Case No. 8:18-cv-00571 <br><br> **FIRST STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> Complaint Served: April 9, 2018 <br> Current Response Date: Apr. 30, 2018 <br> New Response Date: May 30, 2018 |

STIPULATION EXTENDING TIME TO RESPOND (L.R. 8-3)

**WHEREAS**, Plaintiffs filed the present action on April 4, 2018;

**WHEREAS**, Plaintiffs served Cambridge Analytica, LLC ("Cambridge Analytica") on April 9, 2018;

**WHEREAS**, the initial deadline for Cambridge Analytica to answer or otherwise respond to the Complaint is April 30, 2018;

**WHEREAS**, Cambridge Analytica requires additional time to respond to the Complaint;

**WHEREAS**, Cambridge Analytica's counsel has conferred with Plaintiffs' counsel regarding the request for an extension of time and Plaintiffs' counsel consents to such request;

**NOW, THEREFORE**, IT IS HEREBY STIPULATED AND AGREED:

Cambridge Analytica's time to answer or otherwise respond to the Complaint shall be extended by 30 days until May 30, 2018.

DATED: April 30, 2018    By: /s/ Mark C. Scarsi
Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
MILBANK, TWEED, HADLEY &MCCLOY LLP
2029 Century Park East 33rd Floor
Los Angeles, California 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Attorneys for Defendant Cambridge Analytica, LLC*

DATED: April 30, 2018    By: /s/ Helen I. Zeldes
Helen I. Zeldes (SBN 220051)
helen@coastlaw.com
COAST LAW GROUP LLP
1140 S. Coast Highway 101
Encinitas, California 92024
Telephone: (760) 942-8505
Facsimile: (760) 942-8515

*Attorneys for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document has been served via the Court's CM/ECF system on all counsel of record on April 30, 2018.

/s/ *Ashlee N. Lin*
Ashlee N. Lin

#4845-3801-8403