Orin Snyder
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jordan O'Hara, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:18-cv-00571-AG-JDE |
| v. | |
| Facebook, Inc., et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s) | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Snyder, Orin | of | Gibson, Dunn & Crutcher LLP |
|---|---|---|
| *Applicant's Name (Last Name, First Name & Middle Initial)* | | 200 Park Avenue |
| 212-351-2400       212-351-4035 | | New York, NY 10166 |
| *Telephone Number      Fax Number* | | |
| osnyder@gibsondunn.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Facebook, Inc.

*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

| Lipshutz, Joshua S. | of | Gibson, Dunn & Crutcher LLP |
|---|---|---|
| *Designee's Name (Last Name, First Name & Middle Initial)* | | 333 South Grand Avenue |
| 242557       213-229-7000       213-229-7520 | | Los Angeles, CA 90071-3197 |
| *Designee's Cal. Bar No.   Telephone Number   Fax Number* | | |
| jlipshutz@gibsondunn.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
 ☐ for failure to pay the required fee.
 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 ☐ for failure to complete Application:
 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
 ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**

**Dated: April 30, 2018**

U.S. District Judge Andrew J Guilford