Orin Snyder (*pro hac vice application pending*)
    osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:  212.351.4000
Fax:  212.351.4035

Joshua S. Lipshutz (SBN: 242557)
    jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  202.955.8217
Fax:  202.530.9614

Kristin A. Linsley (SBN: 154148)
    klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976)
    blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel:  415.393.8379
Fax:  415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JORDAN O'HARA, et al.<br><br>                     Plaintiffs,<br><br>     v.<br><br>FACEBOOK, INC.; CAMBRIDGE ANALYTICA, LLC, ALEKSANDR KOGAN, STEPHEN K. BANNON, and DOES 1-10,<br><br>                     Defendants. | CASE NO. 8:18-CV-00571-AG-JDE<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK'S MOTION TO STAY PROCEEDINGS**<br><br>U.S. District Judge Andrew J. Guilford<br><br>Magistrate Judge John D. Early |

Gibson, Dunn &
Crutcher LLP

1  The Court has considered the parties' briefing on Defendant Facebook, Inc.'s Motion to Stay
2  Proceedings, and the evidence and argument offered in support of or in opposition to this Motion.
3  Good cause having been shown, Facebook, Inc.'s Motion to Stay is GRANTED.  The Court
4  hereby stays all further proceedings in this action until a decision from the Judicial Panel on
5  Multidistrict Litigation on the Motion to Consolidate and Transfer filed in MDL No. 2843.
6  Following a decision by the Panel, the parties shall meet and confer regarding deadlines to respond to
7  Plaintiff's complaint.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
United States District Judge