Orin Snyder (admitted *pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:  212.351.4000
Fax:  212.351.4035

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  202.955.8217
Fax:  202.530.9614

Kristin A. Linsley (SBN: 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel:  415.393.8379
Fax:  415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JORDAN O'HARA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.; CAMBRIDGE ANALYTICA, LLC, ALEKSANDR KOGAN, STEPHEN K. BANNON, and DOES 1-10,<br><br>Defendants. | CASE NO. 8:18-CV-00571-AG-JDE<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT PENDING RULING ON MOTION TO STAY**<br><br>U.S. District Judge Andrew J. Guilford |

IT IS HEREBY STIPULATED by and between Plaintiffs Jordan O'Hara, Brent Collins, and Olivia Johnston, by and through their attorneys of record, and Defendant Facebook, Inc., by and through its attorneys of record, as follows:

1. The parties stipulate to extend Facebook's deadline to respond to the complaint in this action until 21 days after the Court rules on Facebook's motion to stay filed on April 30, 2018, if the motion to stay is denied.
2. The parties stipulate to the [Proposed] Order, attached hereto.

**IT IS SO STIPULATED.**

DATED: May 2, 2018            GIBSON, DUNN & CRUTCHER LLP

                              By:   /s/ *Joshua S. Lipshutz*
                                    Joshua S. Lipshutz

                              *Attorneys for Defendant Facebook, Inc.*

DATED: May 2, 2018            COAST LAW GROUP LLP

                              SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP

                              CUNEO GILBERT & LADUCA LLP

                              BLOOD HURST & O'REARDON LLP


                              By:   /s/ *Helen I. Zeldes*
                                    Helen I. Zeldes

                              *Attorneys for Plaintiffs Jordan O'Hara,*
                              *Brent Collins, and Olivia Johnston*

## SIGNATURE ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 2, 2018

By: /s/ *Joshua S. Lipshutz*
Joshua S. Lipshutz