Orin Snyder (admitted *pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Kristin A. Linsley (SBN: 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JORDAN O'HARA, et al.<br><br>       Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.; CAMBRIDGE ANALYTICA, LLC, ALEKSANDR KOGAN, STEPHEN K. BANNON, and DOES 1-10,<br><br>       Defendants. | CASE NO. 8:18-CV-00571-AG-JDE<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT PENDING RULING ON MOTION TO STAY**<br><br>U.S. District Judge Andrew J. Guilford<br><br>Magistrate Judge John D. Early |

Pursuant to the parties' stipulation in this action, the Court hereby ORDERS that Facebook's deadline to respond to Plaintiffs' complaint is extended until 21 days after the Court rules on Facebook's pending Motion to Stay filed on April 30, 2018.

**IT IS SO ORDERED.**

Dated: May 03, 2018

_____

US District Judge Andrew J Guilford

Gibson, Dunn & Crutcher LLP

1