| | |
|---|---|
| Orin Snyder (admitted *pro hac vice*)<br>osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 | Joshua S. Lipshutz (SBN 242557)<br>jlipshutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

Brian M. Lutz (SBN 255976)
blutz@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JORDAN O'HARA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.; CAMBRIDGE ANALYTICA, LLC, ALEKSANDR KOGAN, STEPHEN K. BANNON, and DOES 1-10,<br><br>Defendants. | CASE NO. 8:18-CV-00571-AG-JDE<br><br>**AMENDED PROOF OF SERVICE**<br><br>U.S. District Judge Andrew J. Guilford<br><br>Magistrate Judge John D. Early |

# AMENDED PROOF OF SERVICE

I, Anna Tumanova, declare as follows:

I am employed in the County of San Mateo, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 1881 Page Mill Road, Palo Alto, CA 94304-1211, in said County and State. On May 7, 2018, I served the following document(s):

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT PENDING RULING ON MOTION TO STAY**

on the parties stated below, by the following means of service:

| | |
|---|---|
| Aleksandr Kogan<br>University of Cambridge, Dept. of Psychology<br>Downing St.,<br>Cambridge, UK CB2 3EB<br><br>(Last Known Address) | Stephen K. Bannon<br>210 A Street, N.E.<br>Washington, DC 20002<br><br>(Last Known Address) |

☑ **BY UNITED STATES MAIL:** I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Palo Alto, California.

☑ **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2018.

_____
Anna Tumanova