Mark C. Scarsi (SBN 183926)
mscarsi@milbank.com
MILBANK, TWEED, HADLEY & McCLOY LLP
2029 Century Park East 33rd Floor
Los Angeles, California 90067
Telephone:  (424) 386-4000
Facsimile:   (213) 629-5063

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JORDAN O'HARA, BRENT COLLINS and OLIVIA JOHNSTON, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA, LLC, ALEXSANDR KOGAN, an individual, STEPHEN K. BANNON, an individual, and DOES 1-10, Inclusive;<br><br>Defendants. | Case No. 8:18-cv-00571<br><br>**DECLARATION OF MARK C. SCARSI IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEYS OF RECORD** |

## DECLARATION OF MARK C. SCARSI

I, Mark C. Scarsi, hereby declare as follows:

1. I am duly licensed to practice law in the State of California, and admitted to the bar of the United States District Court for the Central District of California. I am a partner with the firm of Milbank, Tweed, Hadley & McCloy LLP ("Milbank"), and former counsel for Defendant Cambridge Analytica, LLC ("CA"). I submit this declaration in support of Milbank's Reply in Support of Motion to Withdraw as Attorneys of Record (the "Motion") filed in this action.

2. Prior to the filing of the Motion, CA notified Milbank that it no longer required or desired Milbank's legal representation in this action and other pending litigation.

3. Milbank and CA agree that Milbank is no longer representing CA in this action and other pending litigation.

4. CA no longer consults or communicates with Milbank as its counsel, and Milbank is no longer authorized to act on CA's behalf.

5. Other than to the extent necessary for Milbank to withdraw as CA's counsel, there is no ongoing attorney-client communication between Milbank and CA regarding this action. Milbank is not privy to confidential information regarding CA's activity in its bankruptcy matters or the pending litigation.

6. CA no longer has any fee arrangement with Milbank.

7. Milbank has provided written notice to CA of the consequences of CA's inability to appear *pro se*.

Executed this 21 day of May, 2018 at Los Angeles, California.

/s/ Mark C. Scarsi
Mark C. Scarsi

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document has been served via the Court's CM/ECF system on all counsel of record on May 21, 2018.

/s/ *Ashlee N. Lin*
Ashlee N. Lin