Orin Snyder (admitted *pro hac vice*)
    osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Joshua S. Lipshutz (SBN 242557)
    jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Brian M. Lutz (SBN 255976)
    blutz@gibsondunn.com
Kristin A. Linsley (SBN 154148)
    klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| JORDAN O'HARA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.; CAMBRIDGE ANALYTICA, LLC, ALEKSANDR KOGAN, STEPHEN K. BANNON, and DOES 1-10,<br><br>Defendants. | CASE NO. 8:18-CV-00571-AG-JDE<br><br>**DEFENDANT FACEBOOK, INC.'S REPLY IN SUPPORT OF ITS MOTION TO STAY**<br><br>Hon. Andrew J. Guilford<br><br>Hearing Date: June 4, 2018<br>Time: 10:00 a.m.<br>Location: Courtroom 10D, 411 West 4th Street, Santa Ana, CA 92701-4516 |

Facebook, Inc. ("Facebook") respectfully submits this reply in support of its motion to stay proceedings in this Court pending a ruling from the Judicial Panel on Multidistrict Litigation ("JPML") in MDL No. 2843.

Plaintiffs' opposition to Facebook's requested stay is inexplicable. The JPML hearing will take place in only 10 days' time, on May 31, and the parties will know shortly thereafter whether this case will remain in this Court. *All* the parties to *all* 26 class actions under consideration by the JPML—including Plaintiffs in this case—favor creation of an MDL, making it extremely likely an MDL will be established. MDL No. 2843 Dkts. 1, 7, 16, 19, 57, 62, 64, 65, 67, 69, 71, 72, 73, 74, 75, 77, 78, 79, 80, 108, 124; *see also In re Discover Card Payment Protection Plan Marketing & Sales Prac. Litig.*, 764 F. Supp. 2d 1341, 1343 (J.P.M.L. 2011) (noting that Defendant's support weighed in favor of centralization because it "add[ed] an element of agreement among most parties to this litigation concerning the risk of inconsistent pretrial rulings and conflicting discovery demands"). Moreover, the plaintiffs in nearly every other case have agreed to the very same stay Facebook seeks here, in order to avoid unnecessary and wasteful proceedings before the MDL is established.[1] Indeed, Plaintiffs in this case filed a brief with the JPML in which they cited "the possibility of inconsistent rulings on pretrial motions" as a reason to support MDL consolidation. Dkt. 62 at 3.

In light of these facts, it makes no sense for Plaintiffs to oppose the short stay Facebook seeks here. Any proceedings that take place in this Court prior to the JPML's decision will likely become duplicative or moot once the MDL transferee court begins consolidating and organizing this nationwide litigation, and risk creating inconsistencies with the other cases. Entering a brief stay of litigation will conserve the courts' and the parties' resources, and will allow the eventual transferee court to organize the MDL on a clean slate.

---

[1] *See, e.g.*, Facebook's Reply in Support of Motion to Stay, *Price v. Facebook, Inc.*, No. 3:18-CV-01732-VC (N.D. Cal. May 9, 2018) (noting that none of the 13 plaintiffs at issue opposed Facebook's motion); *Price*, Dkt. 52 (May 10, 2018) (staying all 13 cases at issue and 3 additional related cases not subject to Facebook's motion); Joint Motion for Extension, *Comforte v. Cambridge Analytica*, No. 1:18-CV-02120 (N.D. Ill. Apr. 6, 2018); Stipulation, *Burk v. Facebook, Inc.*, 4:18-CV-02504-YGR (N.D. Cal. May 11, 2018); Stipulation, *Bouillon v. Facebook, Inc.*, No. 3:18-CV-02565-LB (N.D. Cal. May 16, 2018); Stipulation, *Malskoff v. Facebook, Inc.*, No. 2:15-CV-04457-ES-JAD (D.N.J. May 15, 2018).

Plaintiffs argue that Facebook will face no prejudice if the stay is denied because its deadline to respond to Plaintiffs' Amended Complaint *might* fall after the JPML rules on the MDL transfer motions. Opp. at 3, 4. But it might not—Facebook's deadline is 21 days after this Court rules on this stay motion; it is not triggered off the JPML's ruling. Thus, absent a stay, Facebook could be required to file a responsive pleading or motion to dismiss that would almost immediately be mooted by transfer. Such a waste of Facebook's resources would be unjustified, particularly in light of Plaintiffs' support of the MDL proceedings.

At the same time, Plaintiffs have not identified any conceivable injury they might suffer as a result of this brief stay. Plaintiffs point to their request for injunctive relief and argue that "*any* delay will cause them irreparable damage." Opp. at 4 (emphasis in original). But they do not explain how or why. According to Plaintiffs' own allegations, the actions giving rise to their claims took place in 2014-15. *See* Am. Compl. ¶¶ 38-49. And in the six weeks since this action was filed, Plaintiffs have not requested any interim relief from the Court to stop the allegedly irreparable damage they believe they are suffering. It is plain that Plaintiffs will suffer no harm if this action is stayed pending the JPML's decision.

Facebook respectfully requests that the Court grant its motion to stay.

| | |
|---|---|
| DATE:  May 21, 2018 | Respectfully submitted, |
| | **GIBSON, DUNN & CRUTCHER, LLP** |
| | By:  /s/  *Joshua S. Lipshutz* |
| | Joshua S. Lipshutz (SBN 242557) |
| | jlipshutz@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 1050 Connecticut Avenue, N.W. |
| | Washington, DC 20036-5306 |
| | Telephone:  202.955.8500 |
| | Facsimile:  202.467.0539 |
| | |
| | Orin Snyder (admitted *pro hac vice*) |
| | osnyder@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 200 Park Avenue |
| | New York, NY 10166-0193 |
| | Telephone:  212.351.4000 |
| | Facsimile:  212.351.4035 |
| | |
| | Kristin A. Linsley (SBN 154148) |
| | klinsley@gibsondunn.com |
| | Brian M. Lutz (SBN 255976) |
| | blutz@gibsondunn.com |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 555 Mission Street, Suite 3000 |
| | San Francisco, CA 94105-0921 |
| | Telephone:  415.393.8200 |
| | Facsimile:  415.393.8306 |
| | |
| | *Attorneys for Defendant Facebook, Inc.* |