1    Orin Snyder (admitted *pro hac vice*)
     osnyder@gibsondunn.com
2    GIBSON, DUNN & CRUTCHER LLP
     200 Park Avenue
3    New York, NY 10166-0193
     Telephone:  212.351.4000
4    Facsimile:  212.351.4035

Joshua S. Lipshutz (SBN 242557)
   jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

5    Brian M. Lutz (SBN 255976)
     blutz@gibsondunn.com
6    Kristin A. Linsley (SBN 154148)
     klinsley@gibsondunn.com
7    GIBSON, DUNN & CRUTCHER LLP
     555 Mission Street, Suite 3000
8    San Francisco, CA 94105-0921
     Telephone:  415.393.8200
9    Facsimile:  415.393.8306

10   *Attorneys for Defendant Facebook, Inc.*

11

12

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JORDAN O'HARA, et al. <br><br>        Plaintiffs, <br><br>   v. <br><br> FACEBOOK, INC.; CAMBRIDGE ANALYTICA, LLC, ALEKSANDR KOGAN, STEPHEN K. BANNON, EMERDATA LIMITED, and DOES 1-10, <br><br>        Defendants. | CASE NO. 8:18-CV-00571-AG-JDE <br><br> **DEFENDANT FACEBOOK, INC.'S CONSENT MOTION FOR A CONTINUANCE OF JUNE 4, 2018 HEARING ON FACEBOOK INC.'S MOTION TO STAY** <br><br> Hon. Andrew J. Guilford |

**NOTICE OF MOTION AND MOTION**

Pursuant to Local Civil Rule 7-11 and the Court's Individual Practices, Defendant Facebook, Inc. ("Facebook") respectfully requests that the Court continue the hearing on Facebook's Motion to Stay, currently noticed for June 4, 2018, and to place the hearing on the Court's calendar for July 2, 2018.  Plaintiffs consent to this relief.  In support of this request, in addition to the declaration of Joshua S. Lipshutz, Facebook states:

1.     On April 30, 2018, Facebook filed a motion to stay proceedings until the Judicial Panel on Multidistrict Litigation rules on the motion to transfer in MDL No. 2843, and noticed the Motion to Stay to be heard on June 4, 2018.  Dkt. 28.

2.     Facebook understands that, on May 17, 2018, Defendant Cambridge Analytica LLC filed a voluntary petition for bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code. *See In re Cambridge Analytica LLC*, No. 18-11500-SHL (S.D.N.Y. Bkr. May 17, 2018).  Facebook understands that this case has been assigned to the Honorable Sean H. Lane, and that Salvatore La-Monica has been assigned as trustee.

3.     On May 21, 2018, counsel of record for Cambridge Analytica, Mark Scarsi of the firm Milbank Tweed Hadley and McCloy, informed the Court that Cambridge Analytyca "no longer consults or communicates with Milbank as its counsel, and Milbank is no longer authorized to act on [Cambridge Analytica's] behalf."  Dkt. 42 at 2.

4.     In light of the above, there is good cause to continue the hearing on Facebook's motion to stay so that the parties can evaluate how Cambridge Analytica's bankruptcy affects this litigation.

| | |
|---|---|
| 1 | DATE:  May 22, 2018 |

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER, LLP**

By:  */s/  Joshua S. Lipshutz*
Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Orin Snyder (admitted *pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*