Orin Snyder (admitted *pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:  212.351.4000
Fax:  212.351.4035

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  202.955.8217
Fax:  202.530.9614

Kristin A. Linsley (SBN: 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel:  415.393.8379
Fax:  415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JORDAN O'HARA, et al.<br><br>           Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.; CAMBRIDGE ANALYTICA, LLC, ALEKSANDR KOGAN, STEPHEN K. BANNON, EMERDATA LIMITED, and DOES 1-10,<br><br>           Defendants. | CASE NO. 8:18-CV-00571-AG-JDE<br><br>**DECLARATION OF JOSHUA S. LIPSHUTZ IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S CONSENT MOTION FOR A CONTINUANCE OF JUNE 4, 2018 HEARING ON FACEBOOK INC.'S MOTION TO STAY**<br><br>U.S. District Judge Andrew J. Guilford |

Pursuant to 28 U.S.C. § 1746, Joshua S. Lipshutz declares as follows:

1. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP, counsel to Defendant Facebook, Inc. ("Facebook") and practice in the firm's Washington, D.C. Office, 1050 Connecticut Avenue, N.W. Washington, D.C. 20036. I am a member in good standing of the bars of California, Massachusetts, and the District of Columbia. I am a member in good standing with the bar of this Court.

2. I am submitting this declaration pursuant to the Court's individual practices in support of Facebook's Consent Motion for a Continuance.

3. On April 30, 2018, Facebook filed a motion to stay proceedings until the Judicial Panel on Multidistrict Litigation rules on the motion to transfer in MDL No. 2843, and noticed the Motion to Stay be heard on June 4, 2018.

4. I understand that, on May 17, 2018, Defendant Cambridge Analytica LLC filed a voluntary petition for bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code. *See In re Cambridge Analytica LLC*, No. 18-11500-SHL (S.D.N.Y. Bkr. May 17, 2018). I understand that this case has been assigned to the Honorable Sean H. Lane, and that Salvatore LaMonica has been assigned as trustee.

5. On May 21, 2018, counsel of record for Cambridge Analytica, Mark Scarsi of the firm Milbank Tweed Hadley and McCloy, informed the Court that Cambridge Analytyca "no longer consults or communicates with Milbank as its counsel, and Milbank is no longer authorized to act on [Cambridge Analytica's] behalf." Dkt. 42 at 2.

6. In light of the above, there is good cause to continue the hearing on Facebook's motion to stay so that the parties can evaluate how Cambridge Analytica's bankruptcy affects this litigation.

7. Pursuant to the Court's individual practices, I also provide the following information:

| Whether all parties agree | Plaintiffs consent to the requested continuance |

| Prior requests for continuances of hearing on motion to stay | No |
|---|---|
| Requested hearing date | July 2, 2018 |
| Presently scheduled date | June 4, 2018 |
| Trial date | Not Scheduled |
| Other dates affected | No |

DATED:   May 22, 2018
         Washington, D.C.

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Joshua S. Lipshutz*
Joshua S. Lipshutz
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

*Attorneys for Defendant Facebook, Inc.*