Orin Snyder (admitted *pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Kristin A. Linsley (SBN: 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JORDAN O'HARA, et al.<br><br>        Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.; CAMBRIDGE ANALYTICA, LLC, ALEKSANDR KOGAN, STEPHEN K. BANNON, EMERDATA LIMITED, and DOES 1-10,<br><br>        Defendants. | CASE NO. 8:18-CV-00571-AG-JDE<br><br>**[PROPOSED] ORDER GRANTING FACEBOOK, INC.'S CONSENT MOTION FOR A CONTINUANCE OF JUNE 4, 2018 HEARING ON FACEBOOK INC.'S MOTION TO STAY**<br><br>U.S. District Judge Andrew J. Guilford |

The Court has considered Defendant Facebook, Inc.'s Consent Motion for a Continuance of the June 4, 2018 hearing on Facebook, Inc.'s Motion to Stay, and the declaration offered in support.

Good cause having been shown, Facebook, Inc.'s Consent Motion for a Continuance is GRANTED.  The hearing on Facebook, Inc.'s Motion to Stay shall be heard on July 2, 2018, at 10:00 a.m. in Courtroom 10D, 411 West 4th Street, Santa Ana, CA 92701-4516.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
United States District Judge