Orin Snyder (admitted *pro hac vice*)
  osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel:  212.351.4000
Fax:  212.351.4035

Joshua S. Lipshutz (SBN: 242557)
  jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel:  202.955.8217
Fax:  202.530.9614

Kristin A. Linsley (SBN: 154148)
  klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976)
  blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel:  415.393.8379
Fax:  415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JORDAN O'HARA, et al.<br><br>      Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC.; CAMBRIDGE ANALYTICA, LLC, ALEKSANDR KOGAN, STEPHEN K. BANNON, EMERDATA LIMITED, and DOES 1-10,<br><br>      Defendants. | CASE NO. 8:18-CV-00571-AG-JDE<br><br>**ORDER GRANTING FACEBOOK, INC.'S CONSENT MOTION FOR A CONTINUANCE OF JUNE 4, 2018 HEARING ON FACEBOOK INC.'S MOTION TO STAY AND MOTION TO WITHDRAW**<br><br>U.S. District Judge Andrew J. Guilford |

Gibson, Dunn &
Crutcher LLP

ORDER
CASE NO. 8:18-CV-00571-AG-JDE

The Court has considered Defendant Facebook, Inc.'s Consent Motion for a Continuance of the June 4, 2018 hearing on Facebook, Inc.'s Motion to Stay, and the declaration offered in support.

Good cause having been shown, Facebook, Inc.'s Consent Motion for a Continuance is GRANTED.  The hearing on Facebook, Inc.'s Motion to Stay (Dkt 28) and Motion to Withdraw as Attorneys of Record (Dkt 31) shall be heard on July 2, 2018, at 10:00 a.m. in Courtroom 10D, 411 West 4th Street, Santa Ana, CA 92701-4516.

**IT IS SO ORDERED.**

Dated: May 22, 2018

_____

US District Judge Andrew J Guilford