| | |
|---|---|
| Orin Snyder (admitted *pro hac vice*)<br>osnyder@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>Telephone: 212.351.4000<br>Facsimile: 212.351.4035 | Joshua S. Lipshutz (SBN 242557)<br>jlipshutz@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>Facsimile: 202.467.0539 |

Brian M. Lutz (SBN 255976)
blutz@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JORDAN O'HARA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.; CAMBRIDGE ANALYTICA, LLC, ALEKSANDR KOGAN, STEPHEN K. BANNON, EMERDATA LIMITED, and DOES 1-10,<br><br>Defendants. | CASE NO. 8:18-CV-00571-AG-JDE<br><br>**STIPULATION TO CONTINUE JUNE 4, 2018 HEARING ON FACEBOOK INC.'S MOTION TO STAY**<br><br>Hon. Andrew J. Guilford |

IT IS HEREBY STIPULATED by and between Plaintiffs Jordan O'Hara, Brent Collins, and Olivia Johnston, by and through their attorneys of record, and Defendant Facebook, Inc. ("Facebook"), by and through its attorneys of record, as follows:

1. On April 30, 2018, Facebook filed a motion to stay proceedings until the Judicial Panel on Multidistrict Litigation rules on the motion to transfer in MDL No. 2843, and noticed the Motion to Stay be heard on June 4, 2018. Dkt. 28. Plaintiffs filed an opposition to Facebook's Motion to Stay on May 14, 2018. Dkt. 38.

2. The parties understand that, on May 17, 2018, Defendant Cambridge Analytica LLC filed a voluntary petition for bankruptcy pursuant to Chapter 7 of Title 11 of the United States Code. *See In re Cambridge Analytica LLC*, No. 18-11500-SHL (S.D.N.Y. Bkr. May 17, 2018). The parties understand that this case has been assigned to the Honorable Sean H. Lane, and that Salvatore LaMonica has been assigned as trustee.

3. On May 21, 2018, counsel of record for Cambridge Analytica, Mark Scarsi of the firm Milbank Tweed Hadley and McCloy, informed the Court that Cambridge Analytica "no longer consults or communicates with Milbank as its counsel, and Milbank is no longer authorized to act on [Cambridge Analytica's] behalf." Dkt. 42 at 2.

4. In light of the above, Facebook believes there is good cause to continue the hearing on Facebook's motion to stay to evaluate how Cambridge Analytica's bankruptcy affects this litigation.

5. Plaintiffs do not oppose a continuance of the hearing on Facebook's Motion to Stay. The Parties thus stipulate to a continuance of the hearing on Facebook's Motion to Stay, currently noticed for June 4, 2018, and stipulate to place the hearing on the Court's calendar for July 2, 2018.

6. Pursuant to the Court's individual practices regarding requests for continuances, Facebook respectfully submits the declaration of Joshua S. Lipshutz, which provides the following information:

| | |
|---|---|
| Whether all parties agree | Plaintiffs consent to the requested continuance |
| Prior requests for continuances of hearing on motion to stay | No |

| Requested hearing date | July 2, 2018 |
|---|---|
| Presently scheduled date | June 4, 2018 |
| Trial date | Not Scheduled |
| Other dates affected | No |

.

**IT IS SO STIPULATED.**

DATED: May 22, 2018                                    GIBSON, DUNN & CRUTCHER LLP

                                                                        By:      /s/ *Joshua S. Lipshutz*
                                                                                    Joshua S. Lipshutz

                                                                        *Attorneys for Defendant Facebook, Inc.*

DATED: May 22, 2018                                    COAST LAW GROUP LLP

                                                                        SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP

                                                                        CUNEO GILBERT & LADUCA LLP

                                                                        BLOOD HURST & O'REARDON LLP


                                                                        By:      /s/ *Helen Zeldes*

                                                                        *Attorneys for Plaintiffs Jordan O'Hara,
                                                                        Brent Collins, and Olivia Johnston*

**SIGNATURE ATTESTATION**

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

1   Dated: May 22, 2018

3                                               By:   /s/ *Joshua S. Lipshutz*
4                                                     Joshua S. Lipshutz