1  Orin Snyder (admitted *pro hac vice*)
      osnyder@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   200 Park Avenue
3  New York, NY 10166-0193
   Tel:  212.351.4000
4  Fax:  212.351.4035

5  Joshua S. Lipshutz (SBN: 242557)
      jlipshutz@gibsondunn.com
6  GIBSON, DUNN & CRUTCHER LLP
   1050 Connecticut Avenue, N.W.
7  Washington, D.C. 20036
   Tel:  202.955.8217
8  Fax:  202.530.9614

9
   Kristin A. Linsley (SBN: 154148)
10    klinsley@gibsondunn.com
   Brian M. Lutz (SBN: 255976) (application pending )
11    blutz@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
12 555 Mission Street
   Suite 300
13 San Francisco, CA 94105
   Tel:  415.393.8379
14 Fax:  415.374.8474

15 Attorneys for Defendant
   FACEBOOK, INC.
16

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JORDAN O'HARA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC.; CAMBRIDGE ANALYTICA, LLC, ALEKSANDR KOGAN, STEPHEN K. BANNON, EMERDATA LIMITED, and DOES 1-10,<br><br>Defendants. | CASE NO. 8:18-CV-00571-AG-JDE<br><br>**[PROPOSED] ORDER GRANTING A CONTINUANCE OF JUNE 4, 2018 HEARING ON FACEBOOK INC.'S MOTION TO STAY**<br><br>U.S. District Judge Andrew J. Guilford |

Pursuant to the parties' stipulation in this action, the Court hereby ORDERS that the hearing on Facebook, Inc.'s Motion to Stay shall be heard on July 2, 2018, at 10:00 a.m. in Courtroom 10D, 411 West 4th Street, Santa Ana, CA 92701-4516.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
United States District Judge