Orin Snyder (admitted *pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

Brian M. Lutz (SBN 255976)
blutz@gibsondunn.com
Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

JORDAN O'HARA, et al.

Plaintiffs,

v.

FACEBOOK, INC.; CAMBRIDGE ANALYTICA, LLC, ALEKSANDR KOGAN, STEPHEN K. BANNON, and DOES 1-10,

Defendants.

CASE NO. 8:18-CV-00571-AG-JDE

**PROOF OF SERVICE**

U.S. District Judge Andrew J. Guilford

Magistrate Judge John D. Early

PROOF OF SERVICE

# PROOF OF SERVICE

I, Anna Tumanova, declare as follows:

I am employed in the County of San Mateo, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 1881 Page Mill Road, Palo Alto, CA 94304. On May 22, 2018, I served the following document(s):

**STIPULATION TO CONTINUE JUNE 4, 2018 HEARING ON FACEBOOK INC.'S MOTION TO STAY**

**DECLARATION OF JOSHUA S. LIPSHUTZ IN SUPPORT OF STIPULATION TO CONTINUE JUNE 4, 2018 HEARING ON FACEBOOK INC.'S MOTION TO STAY**

**[PROPOSED] ORDER GRANTING A CONTINUANCE OF JUNE 4, 2018 HEARING ON FACEBOOK INC.'S MOTION TO STAY**

on the parties stated below, by the following means of service:

Aleksandr Kogan
University of Cambridge, Dept. of Psychology
Downing St.,
Cambridge, UK CB2 3EB

(Last Known Address)

Stephen K. Bannon
210 A Street, N.E.
Washington, DC 20002

(Last Known Address)

☑ **BY UNITED STATES MAIL**: I placed a true copy in a sealed envelope or package addressed to the persons as indicated above, on the above-mentioned date, and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited with the U.S. Postal Service in the ordinary course of business in a sealed envelope with postage fully prepaid. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing set forth in this declaration.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Palo Alto, California.

☑ **(STATE)**     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(FEDERAL)**  I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2018.

_____
Anna Tumanova