COAST LAW GROUP LLP
HELEN I. ZELDES (220051)
helen@coastlaw.com
AMY C. JOHNSGARD (279795)
amy@coastlaw.com
ANDREW J. KUBIK (246902)
andy@coastlaw.com
BEN TRAVIS (305641)
ben@coastlaw.com
1140 S. Coast Highway 101
Encinitas, California 92024
Telephone: 760-942-8505
Facsimile: 760-942-8515

CUNEO GILBERT & LaDUCA LLP
CHARLES J. LaDUCA
charles@cuneolaw.com
4725 Wisconsin Ave., NW
Suite 200
Washington, D.C. 20016
Telephone: 202-789-3960
Facsimile: 202-789-1813

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
tblood@bholaw.com
THOMAS J. O'REARDON II (247952)
toreardon@bholaw.com
501 W. Broadway, Suite 1490
San Diego, CA 92101
Telephone: 619-339-1100
Facsimile: 619-338-1101

*Attorneys for Plaintiffs and the Proposed Class*
[additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JORDAN O'HARA, BRENT COLLINS, OLIVIA JOHNSTON, ANTHONY BELL, JULIANA WATSON, and ANN KOWALESKI, individually and on behalf of all others similarly situated,<br>  Plaintiffs,<br>v.<br>FACEBOOK, INC., a Delaware corporation; CAMBRIDGE ANALYTICA, LLC, a Delaware limited liability company; ALEKSANDR KOGAN, an individual, STEPHEN K. BANNON, an individual, EMERDATA LIMITED, a United Kingdom company, and DOES 1-10, Inclusive,<br>  Defendants. | CASE NO.: 8:18:cv-00571-AG-JDE<br>**NOTICE OF WITHDRAWAL**<br>Judge: Hon. Andrew J. Guilford<br>JURY TRIAL DEMANDED |

Please take notice that Plaintiffs withdraw their recently filed response in opposition to Defendant Cambridge Analytica's ("CA") Motion to Withdrawal as Attorney, Dkt. No. 37. Plaintiffs take no position as to whether the Court should allow the law firm Milbank, Tweed, Hadley & McCloy LLP to withdraw as counsel for CA.

Respectfully submitted,

Dated: June 13, 2018

**COAST LAW GROUP LLP**
HELEN I. ZELDES (220051)
AMY C. JOHNSGARD (279795)
ANDREW J. KUBIK (246902)
BEN TRAVIS (305641)

*/s/ Helen I. Zeldes*_____
HELEN I. ZELDES
1140 S. Coast Highway 101
Encinitas, California 92024
Telephone: (760) 942-8505
Facsimile: (760) 942-8515

**CUNEO GILBERT & LaDUCA LLP**
CHARLES J. LADUCA
4725 Wisconsin Ave., NW
Suite 200
Washington, D.C. 20016
Telephone: 202-789-3960
Facsimile: 202-789-1813

**CUNEO GILBERT & LaDUCA LLP**
MICHAEL J. FLANNERY (196266)
7733 Forsyth Boulevard,
Suite 1675
St. Louis, MO 63105
Telephone: 314-226-1015
Facsimile: 202-789-1813

1

NOTICE OF WITHDRAWAL

|   |   |
|---|---|
| 1 | **SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP** |
| 2 | PAUL L. HOFFMAN (71244) |
| 3 | AIDAN C. McGLAZE (277270) |
| 4 | 11543 W. Olympic Blvd |
|   | Los Angeles, CA 90064 |
| 5 | Telephone: (310) 396-0731 |
| 6 | Facsimile: (310)399-7040 |
| 7 | **BLOOD HURST & O'REARDON, LLP** |
| 8 | TIMOTHY G. BLOOD (149343) |
|   | THOMAS J. O'REARDON II (247952) |
| 9 | 501 W. Broadway, Suite 1490 |
| 10 | San Diego, CA 92101 |
|   | Telephone: 619-339-1100 |
| 11 | Facsimile: 619-338-1101 |

*Attorneys for Plaintiffs and the Proposed Class*