# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division – Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:18–cv–00571–AG–JDE

| | |
|---|---|
| Jordan O'Hara et al v. Facebook, Inc. et al | Date Filed: 04/04/2018 |
| Assigned to: Judge Andrew J. Guilford | Date Terminated: 06/18/2018 |
| Referred to: Magistrate Judge John D. Early | Jury Demand: Plaintiff |
| Cause: 18:1962 Racketeering (RICO) Act | Nature of Suit: 370 Other Fraud |
| | Jurisdiction: Diversity |

**Plaintiff**

**Jordan O'Hara**
*individually and on behalf of all others similarly situated*

represented by **Andrew J Kubik**
Coast Law Group LLP
1140 South Coast Highway 101
Encinitas, CA 92024
760–942–8505
Fax: 760–942–8515
Email: andy@coastlawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aidan C McGlaze**
Schonbrun Seplow Harris and Hoffman LLP
11543 West Olympic Boulevard
Los Angeles, CA 90064
310–396–0731
Fax: 310–399–7040
Email: amcglaze@sshhlaw.com
*ATTORNEY TO BE NOTICED*

**Amy Christine Johnsgard**
Coast Law Group LLP
1140 South Coast Highway 101
Encinitas, CA 92024
760–942–8505
Fax: 760–942–8515
Email: amy@coastlaw.com
*ATTORNEY TO BE NOTICED*

**Ben Travis**
Coast Law Group LLP
1140 South Coast Highway 101
Encinitas, CA 92024
760–942–8505
Fax: 760–942–8515
Email: ben@coastlaw.com
*ATTORNEY TO BE NOTICED*

**Charles J LaDuca**
Cuneo Gilbert and LaDuca LLP
4725 Wisconsin Avenue NW Suite 200
Washington, DC 20016

202–789–3960
Fax: 202–789–1813
Email: charlesl@cuneolaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J Flannery**
Cuneo Gilbert and LaDuca LLP
7733 Forsyth Boulevard Suite 1675
St Louis, MO 63105
202–789–3960
Fax: 202–789–1813
Email: mflannery@cuneolaw.com
*ATTORNEY TO BE NOTICED*

**Paul L Hoffman**
Schonbrun Seplow Harris and Hoffman LLP
11543 West Olympic Boulevard
Los Angeles, CA 90064
310–396–0731
Fax: 310–399–7040
Email: hoffpaul@aol.com
*ATTORNEY TO BE NOTICED*

**Paula R Brown**
Blood Hurst and O'Reardon LLP
501 West Broadway Suite 1490
San Diego, CA 92101
619–338–1100
Fax: 619–338–1101
Email: pbrown@bholaw.com
*ATTORNEY TO BE NOTICED*

**Thomas Joseph O'Reardon , II**
Blood Hurst and O'Reardon LLP
501 West Broadway Suite 1490
San Diego, CA 92101
619–338–1100
Fax: 619–338–1101
Email: toreardon@bholaw.com
*ATTORNEY TO BE NOTICED*

**Timothy G Blood**
Blood Hurst and O'Reardon LLP
501 West Broadway Suite 1490
San Diego, CA 92101
619–338–1100
Fax: 619–338–1101
Email: tblood@bholaw.com
*ATTORNEY TO BE NOTICED*

**Helen I Zeldes**
Coast Law Group LLC
1140 South Coast Highway 101
Encinitas, CA 92024

        760–942–8505
        Fax: 760–942–8515
        Email: helen@coastlaw.com
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brent Collins**     represented by     **Aidan C McGlaze**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amy Christine Johnsgard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ben Travis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles J LaDuca**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J Flannery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul L Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paula R Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Joseph O'Reardon , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy G Blood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Helen I Zeldes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olivia Johnston**     represented by     **Aidan C McGlaze**
*individually and on behalf of all others*     (See above for address)
*similarly situated*     *ATTORNEY TO BE NOTICED*

**Amy Christine Johnsgard**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Ben Travis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles J LaDuca**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael J Flannery**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paul L Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Paula R Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Joseph O'Reardon , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy G Blood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Helen I Zeldes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Bell** represented by **Andrew J Kubik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Christine Johnsgard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ben Travis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles J LaDuca**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

|  |  | **Timothy G Blood**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Helen I Zeldes**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Juliana Watson**        represented by    **Andrew J Kubik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                              **Amy Christine Johnsgard**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                               **Ben Travis**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                               **Charles J LaDuca**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

                                                               **Timothy G Blood**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                               **Helen I Zeldes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Kowaleski**        represented by    **Andrew J Kubik**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                               **Amy Christine Johnsgard**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                               **Ben Travis**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                               **Charles J LaDuca**
(See above for address)
*PRO HAC VICE*

|  |  |
|---|---|
|  | *ATTORNEY TO BE NOTICED* |
|  | **Timothy G Blood**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  | **Helen I Zeldes**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Facebook, Inc.**<br>*a Delaware corporation* | represented by | **Brian Michael Lutz**<br>Gibson Dunn and Crutcher LLP<br>555 Mission Street Suite 3000<br>San Francisco, CA 94105–0921<br>415–393–2000<br>Fax: 415–393–8306<br>Email: blutz@gibsondunn.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Joshua S Lipshutz**<br>Gibson Dunn and Crutcher LLP<br>1050 Connecticut Avenue NW<br>Washington, DC 20036–5306<br>202–955–8217<br>Fax: 202–530–9614<br>Email: jlipshutz@gibsondunn.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Kristin A Linsley**<br>Gibson Dunn and Crutcher LLP<br>555 Mission Street Suite 3000<br>San Francisco, CA 94105–0921<br>415–393–2000<br>Fax: 415–393–8306<br>Email: klinsley@gibsondunn.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Orin S Snyder**<br>Gibson Dunn and Crutcher LLP<br>200 Park Avenue 47th Floor<br>New York, NY 10166–0193<br>212–351–2400<br>Fax: 212–351–6335<br>Email: osnyder@gibsondunn.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Cambridge Analytica, LLC**<br>*a Delaware limited liability company* | represented by | **Mark C Scarsi**<br>Milbank Tweed Hadley and McCloy LLP |

2029 Century Park East 33rd Floor
Los Angeles, CA 90067
424–386–4000
Fax: 213–892–4780
Email: mscarsi@milbank.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aleksandr Kogan**
*an individual*

**Defendant**

**Stephen K. Bannon**
*an individual*

**Defendant**

**DOES**
*1–10, inclusive*

**Defendant**

**Emerdata Limited**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2018 | Ï 1 | COMPLAINT Receipt No: 0973–21532202 – Fee: $400, filed by Plaintiffs Jordan O'Hara, Olivia Johnston, Brent Collins. (Attorney Helen I Zeldes added to party Brent Collins(pty:pla), Attorney Helen I Zeldes added to party Olivia Johnston(pty:pla), Attorney Helen I Zeldes added to party Jordan O'Hara(pty:pla))(Zeldes, Helen) (Entered: 04/04/2018) |
| 04/04/2018 | Ï 2 | CIVIL COVER SHEET filed by Plaintiffs Brent Collins, Olivia Johnston, Jordan O'Hara. (Zeldes, Helen) (Entered: 04/04/2018) |
| 04/04/2018 | Ï 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiffs Brent Collins, Olivia Johnston, Jordan O'Hara. (Zeldes, Helen) (Entered: 04/04/2018) |
| 04/04/2018 | Ï 4 | NOTICE of Interested Parties filed by Plaintiffs All Plaintiffs, (Zeldes, Helen) (Entered: 04/04/2018) |
| 04/05/2018 | Ï 5 | NOTICE of Appearance filed by attorney Michael J Flannery on behalf of Plaintiffs Brent Collins, Olivia Johnston, Jordan O'Hara (Attorney Michael J Flannery added to party Brent Collins(pty:pla), Attorney Michael J Flannery added to party Olivia Johnston(pty:pla), Attorney Michael J Flannery added to party Jordan O'Hara(pty:pla))(Flannery, Michael) (Entered: 04/05/2018) |
| 04/05/2018 | Ï 6 | NOTICE of Appearance filed by attorney Timothy G Blood on behalf of Plaintiffs Brent Collins, Olivia Johnston, Jordan O'Hara (Attorney Timothy G Blood added to party Brent Collins(pty:pla), Attorney Timothy G Blood added to party Olivia Johnston(pty:pla), Attorney Timothy G Blood added to party Jordan O'Hara(pty:pla))(Blood, Timothy) (Entered: 04/05/2018) |
| 04/05/2018 | Ï 7 | NOTICE of Appearance filed by attorney Thomas Joseph O'Reardon, II on behalf of Plaintiffs Brent Collins, Olivia Johnston, Jordan O'Hara (Attorney Thomas Joseph O'Reardon, II added to party Brent Collins(pty:pla), Attorney Thomas Joseph O'Reardon, II added to party Olivia |

| | | |
|---|---|---|
| | | Johnston(pty:pla), Attorney Thomas Joseph O'Reardon, II added to party Jordan O'Hara(pty:pla))(O'Reardon, Thomas) (Entered: 04/05/2018) |
| 04/05/2018 | Ï 8 | NOTICE of Appearance filed by attorney Paula R Brown on behalf of Plaintiffs Brent Collins, Olivia Johnston, Jordan O'Hara (Attorney Paula R Brown added to party Brent Collins(pty:pla), Attorney Paula R Brown added to party Olivia Johnston(pty:pla), Attorney Paula R Brown added to party Jordan O'Hara(pty:pla))(Brown, Paula) (Entered: 04/05/2018) |
| 04/06/2018 | Ï 9 | NOTICE OF ASSIGNMENT to District Judge Andrew J. Guilford and Magistrate Judge Douglas F. McCormick. (jtil) (Entered: 04/06/2018) |
| 04/06/2018 | Ï 10 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (jtil) (Entered: 04/06/2018) |
| 04/06/2018 | Ï 11 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendants Stephen K. Bannon, Cambridge Analytica, LLC, Facebook, Inc., and Aleksandr Kogan. (jtil) (Entered: 04/06/2018) |
| 04/06/2018 | Ï 12 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non−Resident Attorney Charles J. Laduca. A document recently filed in this case lists you as an out−of−state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G−64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (jtil) (Entered: 04/06/2018) |
| 04/06/2018 | Ï 13 | Notice of Appearance or Withdrawal of Counsel: for attorney Ben Travis counsel for Plaintiffs Brent Collins, Olivia Johnston, Jordan O'Hara. Adding Ben Travis as counsel of record for Jordan O'Hara, Brent Collins, Olivia Johnston for the reason indicated in the G−123 Notice. Filed by Plaintiff Jordan O'Hara, Brent Collins, Olivia Johnston. (Attorney Ben Travis added to party Brent Collins(pty:pla), Attorney Ben Travis added to party Olivia Johnston(pty:pla), Attorney Ben Travis added to party Jordan O'Hara(pty:pla))(Travis, Ben) (Entered: 04/06/2018) |
| 04/06/2018 | Ï 14 | Notice of Appearance or Withdrawal of Counsel: for attorney Aidan C McGlaze counsel for Plaintiffs Brent Collins, Olivia Johnston, Jordan O'Hara. Adding Aidan C. McGlaze as counsel of record for Plaintiffs, Jordan O'Hara, Brent Collins, Olivia Johnston for the reason indicated in the G−123 Notice. Filed by Plaintiffs Jordan O'Hara, Brent Collins, Olivia Johnston. (Attorney Aidan C McGlaze added to party Brent Collins(pty:pla), Attorney Aidan C McGlaze added to party Olivia Johnston(pty:pla), Attorney Aidan C McGlaze added to party Jordan O'Hara(pty:pla))(McGlaze, Aidan) (Entered: 04/06/2018) |
| 04/06/2018 | Ï 15 | APPLICATION of Non−Resident Attorney Charles J. LaDuca to Appear Pro Hac Vice on behalf of Plaintiffs Brent Collins, Olivia Johnston, Jordan O'Hara (Pro Hac Vice Fee − Fee Paid, Receipt No. 0973−21546887) filed by Plaintiffs Brent Colli ns, Olivia Johnston, Jordan O'Hara. (Attachments: # 1 Proposed Order) (McGlaze, Aidan) (Entered: 04/06/2018) |
| 04/09/2018 | Ï 16 | ORDER by Judge Andrew J. Guilford: Granting 15 Non−Resident Attorney Charles J. LaDuca APPLICATION to Appear Pro Hac Vice on behalf of Plaintiffs Jordan O'Hare, Brent Collins and Olivia Johnston, designating Aidan C. McGlaze as local counsel. (lwag) (Entered: 04/09/2018) |
| 04/09/2018 | Ï 17 | Notice of Appearance or Withdrawal of Counsel: for attorney Amy Christine Johnsgard counsel for Plaintiffs Brent Collins, Olivia Johnston, Jordan O'Hara. Adding Amy C. Johnsgard as counsel of record for Jordan O'Hara, Brent Collins, Olivia Johnston for the reason indicated in the G−123 Notice. Filed by plaintiffs Amy C. Johnsgard. (Attorney Amy Christine Johnsgard added to party Brent Collins(pty:pla), Attorney Amy Christine Johnsgard added to party Olivia Johnston(pty:pla), |

| | | |
|---|---|---|
| | | Attorney Amy Christine Johnsgard added to party Jordan O'Hara(pty:pla))(Johnsgard, Amy) (Entered: 04/09/2018) |
| 04/09/2018 | Ï 18 | ORDER RETURNING CASE FOR REASSIGNMENT UPON RECUSAL by Magistrate Judge Douglas F. McCormick. ORDER case returned to the Clerk for random reassignment for Discovery pursuant to General Order 05–07. Case randomly reassigned from Magistrate Judge Douglas F. McCormick to Magistrate Judge John D. Early for all further proceedings. The case number will now reflect the initials of the transferee Judge SACV18–00571 AG (JDEx). (lwag) (Entered: 04/09/2018) |
| 04/17/2018 | Ï 19 | PROOF OF SERVICE Executed by Plaintiff Jordan O'Hara, Olivia Johnston, Brent Collins, upon Defendant Cambridge Analytica, LLC served on 4/9/2018, answer due 4/30/2018. Service of the Summons and Complaint were executed upon Amy McLauren, CT Corporation, Registered Agent, in compliance with Federal Rules of Civil Procedure by personal service.Original Summons returned. (Zeldes, Helen) (Entered: 04/17/2018) |
| 04/27/2018 | Ï 20 | NOTICE of Appearance filed by attorney Joshua S Lipshutz on behalf of Defendant Facebook, Inc. (Attorney Joshua S Lipshutz added to party Facebook, Inc.(pty:dft))(Lipshutz, Joshua) (Entered: 04/27/2018) |
| 04/27/2018 | Ï 21 | NOTICE of Appearance filed by attorney Kristin A Linsley on behalf of Defendant Facebook, Inc. (Attorney Kristin A Linsley added to party Facebook, Inc.(pty:dft))(Linsley, Kristin) (Entered: 04/27/2018) |
| 04/27/2018 | Ï 22 | STIPULATION Extending Time to Answer the complaint as to Facebook, Inc. answer now due 5/30/2018, re Complaint (Attorney Civil Case Opening), 1 filed by defendant Facebook, Inc.. (Attachments: # 1 Proposed Order, # 2 Proof of Service)(Lipshutz, Joshua) (Entered: 04/27/2018) |
| 04/30/2018 | Ï 23 | ORDER by Judge Andrew J. Guilford, Granting Stipulation Extending Time to Answer (30 days or less) 22 . Facebook's response to Plaintiffs' complaint is due on May 28, 2018. (twdb) (Entered: 04/30/2018) |
| 04/30/2018 | Ï 24 | APPLICATION of Non−Resident Attorney Orin Snyder to Appear Pro Hac Vice on behalf of Defendant Facebook, Inc. (Pro Hac Vice Fee – $325.00 Previously Paid on 4/30/2018, Receipt No. 0973−21669533) filed by Defendant Facebook, Inc.. (Attachments: # 1 Proposed Order) (Lipshutz, Joshua) (Entered: 04/30/2018) |
| 04/30/2018 | Ï 25 | NOTICE of Appearance filed by attorney Mark C Scarsi on behalf of Defendant Cambridge Analytica, LLC (Attorney Mark C Scarsi added to party Cambridge Analytica, LLC(pty:dft))(Scarsi, Mark) (Entered: 04/30/2018) |
| 04/30/2018 | Ï 26 | STIPULATION Extending Time to Answer the complaint as to Cambridge Analytica, LLC answer now due 5/30/2018, re Complaint (Attorney Civil Case Opening), 1 filed by Defendant Cambridge Analytica, LLC Cambridge Analytica, LLC.(Scarsi, Mark) (Entered: 04/30/2018) |
| 04/30/2018 | Ï 27 | ORDER by Judge Andrew J. Guilford: Granting 24 Non−Resident Attorney Orin Snyder APPLICATION to Appear Pro Hac Vice on behalf of Defendant Facebook, Inc., designating Joshua S Lipshutz as local counsel. (mt) (Entered: 04/30/2018) |
| 04/30/2018 | Ï 28 | NOTICE OF MOTION AND MOTION to Stay Case pending Decision from JPML on MDL No. 2843 filed by defendant Facebook, Inc.. Motion set for hearing on 6/4/2018 at 10:00 AM before Judge Andrew J. Guilford. (Attachments: # 1 Proposed Order, # 2 Proof of Service) (Lipshutz, Joshua) (Entered: 04/30/2018) |
| 05/01/2018 | Ï 29 | NOTICE of Appearance filed by attorney Paul L Hoffman on behalf of Plaintiffs Brent Collins, Olivia Johnston, Jordan O'Hara (Attorney Paul L Hoffman added to party Brent Collins(pty:pla), Attorney Paul L Hoffman added to party Olivia Johnston(pty:pla), Attorney Paul L Hoffman added |

| | | |
|---|---|---|
| | | to party Jordan O'Hara(pty:pla))(Hoffman, Paul) (Entered: 05/01/2018) |
| 05/02/2018 | 30 | NOTICE of Appearance filed by attorney Brian Michael Lutz on behalf of Defendant Facebook, Inc. (Attorney Brian Michael Lutz added to party Facebook, Inc.(pty:dft))(Lutz, Brian) (Entered: 05/02/2018) |
| 05/02/2018 | 31 | NOTICE OF MOTION AND MOTION of Mark C. Scarsi, Ashlee N. Lin to Withdraw as Attorney filed by Defendant Cambridge Analytica, LLC. Motion set for hearing on 6/4/2018 at 10:00 AM before Judge Andrew J. Guilford. (Scarsi, Mark) (Entered: 05/02/2018) |
| 05/02/2018 | 32 | STIPULATION for Extension of Time to File Answer to 06/25/2018 re Complaint (Attorney Civil Case Opening), 1 filed by Defendant Facebook, Inc.. (Attachments: # 1 Proposed Order, # 2 Proof of Service)(Lipshutz, Joshua) (Entered: 05/02/2018) |
| 05/03/2018 | 33 | ORDER by Judge Andrew J. Guilford, Granting Stipulation to Extend Time to Answer 32 . Pursuant to the parties stipulation in this action, the Court hereby ORDERS that Facebooks deadline to respond to Plaintiffs complaint is extended until 21 days after the Court rules on Facebooks pending Motion to Stay filed on April 30, 2018. (twdb) (Entered: 05/03/2018) |
| 05/07/2018 | 34 | PROOF OF SERVICE filed by defendant Facebook, Inc., re NOTICE OF MOTION AND MOTION to Stay Case pending Decision from JPML on MDL No. 2843 28 served on May 7, 2018. (Lipshutz, Joshua) (Entered: 05/07/2018) |
| 05/07/2018 | 35 | PROOF OF SERVICE filed by defendant Facebook, Inc., re Stipulation to Extend Time to Answer (More than 30 days) 32 served on May 7, 2018. (Lipshutz, Joshua) (Entered: 05/07/2018) |
| 05/07/2018 | 36 | PROOF OF SERVICE filed by defendant Facebook, Inc., re Stipulation Extending Time to Answer (30 days or less), 22 served on May 7, 2018. (Lipshutz, Joshua) (Entered: 05/07/2018) |
| 05/14/2018 | 37 | OPPOSITION TO DEFENDANT CAMBRIDGE ANALYTICA, LLCS MOTION FOR AN ORDER WITHDRAWING MILBANK, TWEED, HADLEY & MCCLOY, LLP AS ATTORNEYS OF RECORD re: NOTICE OF MOTION AND MOTION of Mark C. Scarsi, Ashlee N. Lin to Withdraw as Attorney 31 filed by Plaintiff Jordan O'Hara. (Zeldes, Helen) (Entered: 05/14/2018) |
| 05/14/2018 | 38 | OPPOSITION TO DEFENDANT FACEBOOK, INC.S MOTION TO STAY re: NOTICE OF MOTION AND MOTION to Stay Case pending Decision from JPML on MDL No. 2843 28 filed by Plaintiff Jordan O'Hara. (Zeldes, Helen) (Entered: 05/14/2018) |
| 05/15/2018 | 39 | FIRST AMENDED COMPLAINT against Defendants All Defendants amending Complaint (Attorney Civil Case Opening), 1 , filed by Plaintiffs Jordan O'Hara, Olivia Johnston, Brent Collins(Zeldes, Helen) (Entered: 05/15/2018) |
| 05/16/2018 | 40 | Request for Clerk to Issue Summons on Amended Complaint/Petition 39 filed by Plaintiffs Anthony Bell, Brent Collins, Olivia Johnston, Ann Kowaleski, Jordan O'Hara. (Zeldes, Helen) (Entered: 05/16/2018) |
| 05/17/2018 | 41 | 21 DAY Summons Issued re Amended Complaint/Petition 39 as to Defendant Stephen K. Bannon, Cambridge Analytica, LLC, Emerdata Limited, Facebook, Inc., Aleksandr Kogan. (es) (Entered: 05/17/2018) |
| 05/21/2018 | 42 | REPLY in support NOTICE OF MOTION AND MOTION of Mark C. Scarsi, Ashlee N. Lin to Withdraw as Attorney 31 filed by Defendant Cambridge Analytica, LLC. (Attachments: # 1 Declaration)(Scarsi, Mark) (Entered: 05/21/2018) |
| 05/21/2018 | 43 | REPLY in support of NOTICE OF MOTION AND MOTION to Stay Case pending Decision from JPML on MDL No. 2843 28 filed by Defendant Facebook, Inc.. (Attachments: # 1 Proof of Service)(Lipshutz, Joshua) (Entered: 05/21/2018) |

| | | |
|---|---|---|
| 05/22/2018 | 44 | NOTICE OF MOTION AND MOTION to Continue Hearing on Facebook's Motion to Stay from June 4, 2018 to July 2, 2018 Re: NOTICE OF MOTION AND MOTION to Stay Case pending Decision from JPML on MDL No. 2843 28 filed by defendant Facebook, Inc.. Motion set for hearing on 6/18/2018 at 10:00 AM before Judge Andrew J. Guilford. (Attachments: # 1 Declaration of Joshua Lipshutz, # 2 Proposed Order, # 3 Proof of Service) (Lipshutz, Joshua) (Entered: 05/22/2018) |
| 05/22/2018 | 45 | ORDER by Judge Andrew J. Guilford granting 44 MOTION to Continue June 4, 2018 hearing on Facebook Inc's Motion to Stay and Motion to Withdraw. The Court has considered Defendant Facebook, Inc.'s Consent Motion for a Continuance of the June 4, 2018 hearing on Facebook, Inc.'s Motion to Stay, and the declaration offered in support. Good cause having been shown, Facebook, Inc.'s Consent Motion for a Continuance is GRANTED. The hearing on Facebook, Inc.'s Motion to Stay (Dkt 28 ) and Motion to Withdraw as Attorneys of Record (Dkt 31 ) shall be heard on July 2, 2018, at 10:00 a.m. in Courtroom 10D, 411 West 4th Street, Santa Ana, CA 92701–4516. IT IS SO ORDERED. (dro) (Entered: 05/22/2018) |
| 05/22/2018 | 46 | STIPULATION to Continue Hearing on Facebook's Motion to Stay from June 4, 2018 to July 2, 2018 Re: NOTICE OF MOTION AND MOTION to Stay Case pending Decision from JPML on MDL No. 2843 28 filed by defendant Facebook, Inc.. (Attachments: # 1 Declaration of Joshua Lipshutz, # 2 Proposed Order, # 3 Proof of Service)(Lipshutz, Joshua) (Entered: 05/22/2018) |
| 06/13/2018 | 47 | Notice of Withdrawal of Objection/Opposition (Motion related), 37 filed by Plaintiffs Anthony Bell, Brent Collins, Olivia Johnston, Ann Kowaleski, Jordan O'Hara, Juliana Watson. (Zeldes, Helen) (Entered: 06/13/2018) |
| 06/18/2018 | 48 | Conditional Transfer Order – 1 from the United States Judicial Panel on Multidistrict Litigation, MDL 2843, transferring case to USDC, Northern District of California and assigned to Honorable Vince Chhabria. Case transferred electronically. (MD JS–6. Case Terminated.) (es) (Entered: 06/20/2018) |