# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>WADE MALHAS,<br><br>      Defendant. | Case No. 19-cv-03709-BLF<br><br>**ORDER DIRECTING GOVERNMENT TO FILE FURTHER STATUS REPORT ON OR BEFORE JULY 7, 2020**<br><br>[Re: ECF 23] |

On April 14, 2020, the Court requested a further status report from the Government regarding the progress of this case on or before June 15, 2020. ECF 23. The Court has not yet received this status report from the Government. Accordingly, the Court hereby ORDERS the Government to file a further status report regarding the progress of this case **on or before July 7, 2020.**

**IT IS SO ORDERED.**

Dated: June 30, 2020

_____
BETH LABSON FREEMAN
United States District Judge