**SCHONBRUN SEPLOW**
**HARRIS & HOFFMAN LLP**
HELEN I. ZELDES (220051)
hzeldes@sshhlaw.com
BEN TRAVIS (305641)
btravis@sshhlaw.com
11543 West Olympic Blvd.
Los Angeles, CA 90064
Telephone: (760) 349-1900
Facsimile: (760) 349-1999

*Attorneys for Plaintiffs and the Proposed Class*
*[additional counsel on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN O'HARA, BRENT COLLINS, OLIVIA JOHNSTON, ANTHONY BELL, JULIANA WATSON, and ANN KOWALESKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation; CAMBRIDGE ANALYTICA, LLC, a Delaware limited liability company; ALEKSANDR KOGAN, an individual, STEPHEN K. BANNON, an individual, EMERDATA LIMITED, a United Kingdom company, and DOES 1-10, Inclusive,<br><br>Defendants. | No. 3:18-cv-03709-VC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

---
1
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

1     Plaintiff Olivia Johnston hereby voluntarily dismisses her claims in the above-captioned action, originally filed in the United States District Court for the Central District of California and transferred to this Court, without prejudice and without fees or costs to any party. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, no class has been certified or sought to have been certified, and no opposing party has served an answer or motion for summary judgment.

                              Respectfully submitted,

Date: August 27, 2020         SCHONBRUN SEPLOW
                                        HARRIS & HOFFMAN, LLP

                                        By: /s/ Helen I. Zeldes
                                        Helen I. Zeldes
                                        hzeldes@sshhlaw.com
                                        BEN TRAVIS (305641)
                                        btravis@sshhlaw.com
                                        11543 West Olympic Blvd.
                                        Los Angeles, CA 90064
                                        Telephone: (760) 349-1900
                                        Facsimile:  (760) 349-1999

                                        CUNEO GILBERT & LaDUCA LLP
                                        CHARLES J. LADUCA
                                        4725 Wisconsin Ave., NW, Suite 200
                                        Washington, D.C. 20016
                                        Telephone: (202) 789-3960
                                        Facsimile:  (202) 789-1813

                                        CUNEO GILBERT & LaDUCA LLP
                                        MICHAEL J. FLANNERY (196266)
                                        7733 Forsyth Boulevard, Suite 1675
                                        St. Louis, MO 63105
                                        Telephone: (314) 226-1015
                                        Facsimile:  (202) 789-1813

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

| | |
|---|---|
| 1 | SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP |
| 2 | PAUL L. HOFFMAN (71244) |
| 3 | AIDAN C. McGLAZE (277270) |
| 4 | 11543 W. Olympic Blvd |
| 5 | Los Angeles, CA 90064 |
|   | Telephone: (310) 396-0731 |
| 6 | Facsimile:  (310) 399-7040 |
| 7 | BLOOD HURST & O'REARDON, LLP |
| 8 | TIMOTHY G. BLOOD (149343) |
|   | THOMAS J. O'REARDON II (247952) |
| 9 | 501 W. Broadway, Suite 1490 |
| 10 | San Diego, CA 92101 |
|    | Telephone: (619) 339-1100 |
| 11 | Facsimile:  (619) 338-1101 |
| 12 |  |
|    | Attorneys for Plaintiffs and the Proposed Class |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL