1  **SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**
2  HELEN I. ZELDES (220051)
    hzeldes@sshhzlaw.com
3  BEN TRAVIS (305641)
    btravis@sshhzlaw.com
4  501 W. Broadway, Suite 800
    San Diego, CA 92101
5  Tel: 619-400-4990
6
7  *Attorneys for Plaintiffs.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN O'HARA, BRENT COLLINS, OLIVIA JOHNSTON, ANTHONY BELL, JULIANA WATSON, and ANN KOWALESKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., a Delaware corporation; CAMBRIDGE ANALYTICA, LLC, a Delaware limited liability company; ALEKSANDR KOGAN, an individual, STEPHEN K. BANNON, an individual, EMERDATA LIMITED, a United Kingdom company, and DOES 1-10, Inclusive,<br><br>Defendants. | No. 3:18-cv-03709-VC<br><br>**NOTICE OF CHANGE IN COUNSEL** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, Ben Travis of Schonbrun Seplow Harris Hoffman & Zeldes, LLP hereby withdraws as counsel of record for Plaintiffs in the above-entitled action. Counsel of record for Plaintiffs otherwise remains the same.

Dated:  January 21, 2022

**SCHONBRUN SEPLOW HARRIS HOFFMAN & ZELDES, LLP**

By:   /s/ *Ben Travis*
       Ben Travis
       *Attorney for Plaintiffs.*